ASHKAN RAJAEE
888 Prospect St, Unit 200
La Jolla, CA 92037
Telephone: 619-332-6348
Email: prayerforjustice.2022@gmail.com

Pro Se Plaintiff

**FILED**
Mar 22 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY      s/ STN      DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHKAN RAJAEE, an Individual,<br><br>Plaintiff,<br>v.<br><br>TYLER BRANDON DAVIS, an Individual; TOPDEVZ, LLC, a California Limited Liability Company; SCOTT CARPENTER, an Individual; JOSEPH W. SCALIA, ESQ., an Individual, J. DOUGLAS KIRK, an Individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. **'24CV0549 CAB KSC**<br>*Unlimited Jurisdiction*<br><br>**VERIFIED COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES RELATED TO TAX FRAUD**<br><br>**[DEMAND FOR JURY TRIAL]** |

1. Plaintiff Ashkan Rajaee ("Plaintiff" or "Rajaee") alleges as follows:

## I. THE PARTIES

2. Plaintiff Ashkan Rajaee is, and at all times relevant to this Complaint, a Canadian citizen, and resident of San Diego County, California.

3. Upon Plaintiff's information and belief of the remaining parties: Defendant Tyler Brandon Davis ("Davis") is, and at all times relevant hereto, a resident of Sacramento, California, and a member of TopDevz, LLC, Porter Consulting, LLC, and Mason Building and Design, LLC.

4. Defendant TopDevz, LLC ("Topdevz") is, and at all times relevant hereto, a limited liability company organized and existing under the laws of the State of California with a principal place of business located in Folsom, California and was incorporated on May 9, 2017.

5. Defendant Scott Carpenter ("Carpenter"), or is, and at all times relevant hereto, a partner at Cummins & White, and has a principal place of business in Newport Beach, California.

6. Defendant Joseph W. Scalia, Esq. ("Scalia"), is, and at all times relevant hereto, a partner at Law Offices of Joseph W. Scalia, APC, with his principal place of business in Roseville, California.

7. Defendant J. Douglas Kirk ("Kirk"), is, and at all times relevant hereto, a partner at Kirk & Toberty and a resident of Irvine County, California. On December 22, 2022, Kirk appeared and represented Topdevz.

## II. JURISDICTION

8. This court has the authority to hear and decide the case pursuant to 28 U.S.C. § 1332(a)(2). The lawsuit involves a single foreign alien, the Plaintiff, who is a Canadian citizen and a resident of California and is not admitted for permanent residency in the United States. All the Defendants are United States Citizens.

9. Pursuant to 28 U.S.C. § 1332(a), the dispute involves an amount over $75,000, excluding interests and costs.

10. The Court has personal jurisdiction over Defendants because of either general jurisdiction or specific jurisdiction over each defendant.

### III. VENUE

11. Venue is proper in this county in accordance with 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this district.

### IV. FACTS AND ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

12. Plaintiff is a member and owner of TopDevz, LLC since 2017 to present.

13. Since January 6, 2022, Defendant Tyler Davis has been acting as the putative manager of TopDevz.

14. Defendant Tyler Davis has caused tax returns (for the fiscal year 2021 and 2022) to be filed on behalf of TopDevz, using Plaintiff's information, without providing copies of the filed returns or any financial information related to the tax filings.

15. Plaintiff is now aware these returns, and the underlying financials, are completely fraudulent and aimed to conceal a criminal scheme.

16. On or about February 15, 2022, to avoid $2.8 million in IRS S-Corporation income and frustrate Rajaee's tax account, Davis and non-party Joshua Lintz used Plaintiff's name, social security number and address to willfully aid in the preparation and filing of an IRS 1099 document that is materially fraudulent and false. The filing was made with the IRS and now appears on Plaintiff's tax account with the IRS.

17. Defendant Davis' attorney, Scott Carpenter, was sent a demand letter to correct the IRS fraudulent issue and has ignored the demands.

18. Since November 2022, Plaintiff has repeatedly demanded to inspect the financial affairs of the LLC because Plaintiff's tax account with the IRS has a multi-million-dollar discrepancy due to the fraudulent state and federal tax filings of Defendant Tyler Davis for the entity TopDevz.

19. On November 18, 2022, Plaintiff attorney at the time, Marc Benezra, partner at Glaser Weil, made a demand for the inspection of documents,

> "Rajaee hereby demands that the Company promptly deliver to him care of me, at the expense of the Company, copies of the information required to be maintained pursuant to "paragraphs (1), (2), and (4) of subdivision (d) of Section 17701.13, and any written operating agreement of the limited liability company."
>
> Rajaee hereby further demands access to "inspect and copy during normal business hours" the books and records set forth in Paragraph 1 above. Such demands are for, among other things, purposes of (a) reviewing any and all company transactions and (b) determining Mr. Davis's actions as putative manager of the Company.
>
> Please let us know (a) when Mr. Davis expects to deliver copies of the documents that the Company is required to deliver and (b) a convenient date and time on or before December 1, 2022 when Rajaee and/or his designated representative(s) can inspect and copy the documents which the Company is required to allow its members to inspect."

20. On November 9, 2023, Plaintiff sent another (of many more) demand, "Carpenter, Please have you client Tyler Brandon Davis provide me a copy of the 2021 TopDevz IRS tax returns he filed using my personal identifiable information. I have not received a copy and was never provided a K1 on the filing he made. Your urgent attention to this matter is demanded. Ashkan"

21. On March 1, 2024, Plaintiff discovered through the IRS account escalations team that Plaintiff's personal tax account and TopDevz's EIN were escalated to deal with identity theft and COVID-19 SBA loan fraud in connection

with a series of daisy chained financial transactions made by Defendant Davis using TopDevz's EIN number and Plaintiff's identity to commit tax fraud in addition to the 2020 SBA loan fraud.

22. On March 8, 2024, the IRS filed a $915,029 federal tax claim against Plaintiff in bankruptcy court in direct relations to the tax filings of TopDevz, which caused to be fraudulent by Defendant Davis. At minimum, Plaintiff is now harmed nearly one million dollars in federal taxes that were explicitly caused by the filings of Defendant Davis' instructions.

23. Defendant Davis has severely underreported income of the LLC and has shifted millions in revenue to Plaintiff's tax account without any explanation whatsoever or any supporting financial documentation to justify the filings.

24. Separately, Davis has been acting as the putative manager of the LLC and has opened unauthorized bank accounts and conducted millions in transactions without any reporting whatsoever to Plaintiff who is the member of the LLC.

25. Plaintiff has received no accounting since April 2022 regarding any of the financial affairs of the LLC, which are directly affecting his tax account and bankruptcy proceedings.

26. Plaintiff believes and understands that Defendant Davis is violating California Uniform Limited Liability Act section 17701.10 subsection, (g)(1) Breach of the duty of loyalty. (2) A financial benefit received by the member or manager to which the member or manager is not entitled. (3) A member's liability for excess distributions under Section 17704.06. (4) Intentional infliction of harm on the limited liability company or a member. (5) An intentional violation of criminal law.

27. Plaintiff needs access to inspect the documents of the LLC in order to set his personal tax account straight with the IRS, be able to provide accurate

4
VERIFIED COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES RELATED TO TAX FRAUD

information to the bankruptcy court, make a final determination of damages, and be permitted to exercise his rights as a member of the LLC to inspect the financial actions of Davis related to TopDevz.

28. Defendant attorneys, who all represent Davis or were hired by Davis, have constantly aided Davis to thwart Plaintiff's attempts to receive the most basic financial information related to TopDevz, its tax information, and Plaintiff's personal identity used by Davis to file fraudulent tax returns.

29. All the defendant in this case are also personal defendants to a related district court case, involving, *inter alia,* identity theft, wire fraud, bank fraud, perjury and fraud on various California courts. The case is in the district court of Southern California, Case No. 24-CV-001.

30. Defendant attorneys are giving substantial aid to Davis in order to deprive Plaintiff of any financials, causing Plaintiff harm.

31. Because of Defendants' conduct, including aid and encouragement by the Defendant attorneys, Plaintiff now has suffered improper claims damages by the IRS for at least $915,000 plus an additional $2.8 million pending on Plaintiff's personal tax account related to TopDevz.

32. If Plaintiff is deprived of his member rights, he will be irreparably harmed with both the IRS and Plaintiff's bankruptcy proceedings. Significantly more important, Plaintiff has been implicated in a criminal scheme which he wants nothing to do with. He needs the information to set the records correct.

## FIRST CAUSE OF ACTION
## DECLARATORY RELIEF PURSUANT TO CALIFORNIA CIVIL CODE §17704.10
### (Against Davis and TopDevz)

33. Plaintiff realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 31 to this cause of action.

34. Plaintiff is a member of TopDevz, LLC, and has the right, upon reasonable request, for purposes reasonably related to the interest of that person as a member, to inspect and copy during normal business hours any of the records required to be maintained pursuant to Section 17701.13.

35. The request is reasonable because Plaintiff's tax account with the IRS is directly compromised by the LLC's filings caused by Defendant Davis.

36. The request is reasonable because bank accounts were opened and used without any supporting documentation in conducting millions of dollars in fraudulent transactions.

37. The request is reasonable because Plaintiff is involved in bankruptcy proceedings and the bankruptcy court and Plaintiff are now being deprived by Davis and the attorneys of crucial financial information in order to efficiently conduct federal proceedings.

## SECOND CAUSE OF ACTION
## ACCOUNTING
### (Against TopDevz)

38. Plaintiff realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 37 to this cause of action.

39. Based on the foregoing allegations, Plaintiff is entitled to an accounting by Defendant.

## THIRD CAUSE OF ACTION
## BREACH OF FIDUCIARY DUTY
### (Against Davis)

40. Plaintiff realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 39 to this cause of action.

41. Defendant Davis breached his fiduciary duties to Plaintiff by willfully filling then concealing tax returns that involve millions of dollars of fraudulent financial transactions.

42. Plaintiff has been harmed by the massive IRS claims against Plaintiff that are the product of Davis' breaches of fiduciary duties to Plaintiff.

43. Davis' conduct is a substantial factor in causing Plaintiff's harm.

## FORTH CAUSE OF ACTION
## AIDING AND ABETTING BREACH OF FIDUCIARY DUTY
### (Against Defendant Attorneys)

44. Plaintiff realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 43 to this cause of action.

45. Defendant attorneys had actual knowledge and gave substantial assistance to Davis to deprive Plaintiff access to the financial records that have caused millions of dollars in harm to Plaintiff's tax account and TopDevz's EIN number.

46. Defendant attorneys' conduct was a substantial factor in causing Plaintiff's harm.

## PRAYER FOR RELIEF

Plaintiff prays for judgment against Defendants Davis and TopDevz as follows:

1. An order for TopDevz to produce the required financial information or permit inspection thereof by Plaintiff.
2. Actual damages, attorney's fees, and costs;
3. For economic damages according to proof;
4. For compensatory damages according to proof at the time of trial;
5. For incidental and consequential damages according to proof at the time of trial;

6. For costs and attorneys' fees incurred related to this action, to the extent permitted by law;
7. For punitive damages;
8. For pre-judgment interest on all economic damages;
9. For costs of suit incurred;
10. For any such other and further relief as the Court may deem just and proper.

Dated: March 22, 2024                Respectfully submitted,

*[signature]*

Ashkan Rajaee
Pro Se Plaintiff

## DEMAND FOR JURY TRIAL

Plaintiff Ashkan Rajaee hereby demands a trial by jury on all issues and causes of action that qualify for a jury trial demand.

Dated: March 22, 2024                                    Respectfully submitted,

*[signature]*

Ashkan Rajaee
Pro Se Plaintiff

9
VERIFIED COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES RELATED TO TAX FRAUD

## VERIFICATION

I, Ashkan Rajaee, declare:

I am a party to this action. I am also a member of TopDevz, LLC. I certify under penalty of perjury that I have read and reviewed the Verified Complaint and authorized its filing. Based upon my and my various counsel's investigations, the contents of the Verified Complaint are true to the best of my knowledge, information, and belief. I declare under the penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Executed on March 22, 2024, at La Jolla, California.

_/s/ Ashkan Rajaee_

Ashkan Rajaee
Pro Se Plaintiff

10
VERIFIED COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES RELATED TO TAX FRAUD